STATE OF MINNESOTA)　　　　　　　　　　　AFFIDAVIT OF SERVICE
　　　　　　　　　　)SS
COUNTY OF HENNEPIN)

RE:　CitiBank, N.A. v. Russell E. Willits, et al.
　　　Court File No. Pending
　　　Client File No.: 9890 (Willits)

**Donovan Peterson,** being first duly sworn upon oath, deposes and states, that on the 16th day of May 2012, at 1:47 p.m., he served:

1. Summons;
2. Complaint; and
3. Certificate of Representation

upon **Minnesota Attorney General as agent for service for the Minnesota Department of Revenue,** therein named personally, at **445 Minnesota Street, Suite 1400, St. Paul,** County of **Ramsey** State of **Minnesota,** by handing to and leaving with, **Gary Cunningham, Assistant Attorney General,** true and correct copies thereof.

Subscribed and Sworn to before me
this 21 day of May, 2012.

_____
**Notary Public**

_____
**Donovan Peterson**
Process Server

JON OLSON
Notary Public
State of Minnesota
My Commission Expires
January 31, 2017

STATE OF MINNESOTA)           AFFIDAVIT OF SERVICE
                    )SS
COUNTY OF HENNEPIN)

RE:   CitiBank, N.A. v. Russell E. Willits, et al.
      **Court File No. Pending**
      Client File No.: 9890 (Willits)

Donovan Peterson, being first duly sworn upon oath, deposes and states, that on the 16th day of May 2012, he served:

1. Summons;
2. Complaint; and
3. Certificate of Representation

upon **United States Attorney as agent for service for the United States of America IRS**, therein named personally, at **300 South 4th Street, Suite 600, Minneapolis,** County of **Hennepin** State of **Minnesota,** by handing to and leaving with, **Tommy Paschka, Receptionist, an individual authorized to accept service,** true and correct copies thereof.

Subscribed and Sworn to before me
this 21 day of May, 2012.

_____
Notary Public

Donovan Peterson
Process Server

JON OLSON
Notary Public
State of Minnesota
My Commission Expires
January 31, 2017