**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CitiBank, N.A., as Trustee for the
Holders of Structured Asset Mortgage
Investments II Inc., Bear Stearns ALT-A Trust,
Mortgage Pass-Through Certificates Series 2006-4,          Court File No. 12-CV-01231 (MJD/JJG)

        *Plaintiff,*                    **ORDER**

vs.

Russell E. Willits, First Commercial Bank,
Inc., Discover Bank, FIA Card Services, N.A.,
Ann Strommen, Scott Strommen, State of
Minnesota Department of Revenue, and the
United States of America Internal Revenue
Service,

        *Defendants.*

---

Pursuant to the Stipulation between Plaintiff CitiBank, N.A. and Republic Bank & Trust

Company, as successor to Defendant First Commercial Bank,

IT IS HEREBY ORDERED as follows:

1.      The Stipulation (Document 13) is approved in all respects.

2.      Republic Bank & Trust Company is substituted in the place of Defendant First

Commercial Bank.

3.      Mortgage Document No. 8797325 is reinstated and Release Document No.

8950290 is cancelled.

4.      Mortgage Document No. 8797325 is prior and superior to Mortgage Document

No. 8950291.

5.      Plaintiff may apply to the Court for the relief requested in Plaintiff's Complaint

without notice to Republic Bank & Trust Company.

    Date:  January 24, 2013             BY THE COURT:


                                s/ Michael J. Davis
                                Michael J. Davis
                                Chief Judge
                                U.S. District Court, District of Minnesota