UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CITIBANK, N.A.,                                                                Civil No. 12-1231 MJD/JJG

    Plaintiff,

v.                                                                                              O R D E R

RUSSELL E. WILLITS, ET AL.,

    Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated May 17, 2013, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1.    Plaintiff's motion for default judgment against Defendants Russell E. Willits, Ann Strommen, Scott Strommen, FIA Card Services, N.A., Discover Bank, and State of Minnesota Department of Revenue is GRANTED.

2.    Mortgage Release Document No. 8950290 is canceled *nunc pro tunc*.

3.    Mortgage Document No. 8797325 is reinstated *nunc pro tunc.*

4.    Mortgage Document No. 8797325 is held a valid first lien against the Property and enforceable in accordance with the laws of the State of Minnesota.

5.    Mortgage Document No. 8797325 is held as prior and superior to Mortgage Document No. 8950291, Federal Tax Lien Document No. 9538395, State Tax Lien Document No. 9547515 and any lien claimed by Defendants Ann Strommen, Scott

Strommen, FIA Card Services, N.A. and Discover Bank against the Property.

    LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: June 4, 2013.

                                                  s/Michael J. Davis  
                                                 Michael J. Davis  
                                                 Chief Judge  
                                                 U. S. District Court