# UNITED STATES DISTRICT COURT
## District of Minnesota

Citibank, N.A.

V.

Russell E. Willits, Republic Bank & Trust Company, Discovery Bank, FIA Card Services, N.A., Ann Strommen, Scott Strommen, State of Minnesota Department of Revenue, United States of America Internal Revenue Service

**JUDGMENT IN A CIVIL CASE**

Case Number:  12-1231 MJD/JJG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff's motion for default judgment against Defendants Russell E. Willits, Ann Strommen, Scott Strommen, FIA Card Services, N.A., Discover Bank, and State of Minnesota Department of Revenue is GRANTED.
2. Mortgage Release Document No. 8950290 is canceled *nunc pro tunc*.
3. Mortgage Document No. 8797325 is reinstated *nunc pro tunc*.
4. Mortgage Document No. 8797325 is held a valid first lien against the Property and enforceable in accordance with the laws of the State of Minnesota.
5. Mortgage Document No. 8797325 is held as prior and superior to Mortgage Document No. 8950291, Federal Tax Lien Document No. 9538395, State Tax Lien Document No. 9547515 and any lien claimed by Defendants Ann Strommen, Scott Strommen, FIA Card Services, N.A. and Discover Bank against the Property.

| June 5, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)   A. Linner   Deputy Clerk |